UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANA CUERVO, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM, SERVICES LLC, and CHRISTOPHER STOIA, in his individual and professional capacities, <br><br> Defendants. | No. 2:21-cv-00660-RSL <br><br> **JOINT STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: July 15, 2021 |

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff Diana Cuervo and Defendants Amazon.com, Inc., Amazon.Com, Services LLC, and Christopher Stoia (collectively, "Defendants") hereby stipulate as follows:

WHEREAS, Plaintiff filed her Complaint on May 19, 2021 [Dkt. No. 1];

WHEREAS, Defendants waived service on May 24, 2021;

WHEREAS, Defendants' response to the Complaint is currently due on July 20, 2021;

WHEREAS, Plaintiff has consented to an extension of two weeks for Defendants to respond to the Complaint, or until August 3, 2021;

WHEREAS, there have been no prior stipulations or orders extending the time for Defendants to respond to the Complaint;

WHEREAS, good cause for the extension exists because Defendants require additional time to investigate the allegations contained in the Complaint and formulate a response;

WHEREAS, granting this Stipulation will not affect any other scheduled dates in this Action;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Diana Cuervo and Defendants Amazon.com, Inc., Amazon.Com, Services LLC, and Christopher Stoia, through their respective counsel, the deadline for Defendants to respond to Plaintiff's Complaint shall be August 3, 2021.

**IT IS SO STIPULATED.**

Dated: July 15, 2021

By: *s/ Ryan D. Redekopp*
    Ryan D. Redekopp, WSBA #36853
    K&L GATES LLP
    925 Fourth Avenue, Suite 2900
    Seattle, WA 98104-1158
    Telephone: (206) 623-7580
    Facsimile: (206) 623-7022
    ryan.redekopp@klgates.com

By: *s/ Gabrielle Levin*
    Gabrielle Levin (admitted *pro hac vice*)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue, 48th Floor
    New York, NY 10166-0193
    Telephone: (212) 351-4000
    Facsimile: (212) 351-4035
    glevin@gibsondunn.com

    Amina Mousa (admitted *pro hac vice*)
    GIBSON, DUNN & CRUTCHER LLP
    3161 Michelson Drive, Suite 1200
    Irvine, CA 92612-4412
    Telephone: (949) 451-3800
    Facsimile: (949) 451-4220
    amousa@gibsondunn.com

    *Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC and Christopher Stoia*

ORDER RE JOINT STIPULATION RE FIRST
AMENDED COMPLAINT– 2
Case No. 2-21-cv-00660-RSL

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive • Irvine, CA 92612-4412
Phone (949) 451-3800 • Fax (949) 451-4220

By: *s/ Jamal N. Whitehead*
Jamal N. Whitehead, WSBA #39818
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 622-8000
Facsimile: (206) 682-2305
whitehead@sgb-law.com


By: *s/ Lawrence M. Pearson*
Lawrence M. Pearson (admitted *pro hac vice*)
Anthony G. Bizien (admitted *pro hac vice*)
WIGDOR LLP
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
lpearson@wigdorlaw.com
abizien@wigdorlaw.com

*Attorneys for Plaintiff Diana Cuervo*


## **ORDER**

Pursuant to the foregoing Stipulation, Defendants' deadline to respond to Plaintiff's Complaint is extended to August 3, 2021.


IT IS SO ORDERED this 16th day of July, 2021.


*MMt S Lasnik*
The Honorable Robert S. Lasnik
United States District Judge


ORDER RE JOINT STIPULATION RE FIRST
AMENDED COMPLAINT– 3
Case No. 2-21-cv-00660-RSL

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive • Irvine, CA 92612-4412
Phone (949) 451-3800 • Fax (949) 451-4220