UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANA CUERVO,<br><br>                    Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC., AMAZON.COM, SERVICES LLC, and CHRISTOPHER STOIA, in his individual and professional capacities,<br><br>                    Defendants. | No. 2:21-cv-00660-RSL<br><br>ORDER GRANTING MOTION FOR RELIEF FROM DISCOVERY DEADLINE |

Upon consideration of the Parties' Stipulated Motion Modifying the Scheduling Order, and good cause having been shown, it is hereby ORDERED that the Stipulated Motion is GRANTED and it is **SO ORDERED** that the following pretrial deadlines are extended and/or modified as follows, with the discovery completion date extended for the limited purposes outlined in the Parties' Stipulation:

| **EVENT** | **CURRENT DATE** | **NEW DATE** |
|---|---|---|
| Discovery Completed | July 13, 2023 | August 1, 2023 |
| Deadline to Note Discovery-Related Motions | July 7, 2023 | No Change |

ORDER MODIFYING SCHED. ORDER
Case No. 2-21-cv-00660-RSL – 1

| **EVENT** | **CURRENT DATE** | **NEW DATE** |
|---|---|---|
| Settlement Conference Held No Later Than | July 27, 2023 | August 25, 2023 |
| Dispositive Motions Filed and Noted By | August 14, 2023 | No change |
| Motions in Limine Filed and Noted By | October 13, 2023 | No change |
| Agreed Pretrial Order | November 6, 2023 | No change |
| Trial Briefs, Proposed Voir Dire Questions, Proposed Jury Instructions, and Trial Exhibits | November 29, 2023 | No change |
| Trial Begins | December 4, 2023 | No change |

IT IS SO ORDERED:

Dated this 14th day of July, 2023.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Megan Cooney*
Megan Cooney (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
mcooney@gibsondunn.com

Todd L. Nunn, WSBA #23267
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022
Todd.Nunn@klgates.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC and Christopher Stoia*

 *s/ Alfredo Pelicci*
Lawrence M. Pearson (admitted *pro hac vice*)
Alfredo J. Pelicci (admitted *pro hac vice*)
WIGDOR LLP
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
lpearson@wigdorlaw.com
apelicci@wigdorlaw.com

*Attorneys for Plaintiff Diana Cuervo*

ORDER MODIFYING SCHED. ORDER
Case No. 2-21-cv-00660-RSL – 3