UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANA CUERVO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., AMAZON.COM, SERVICES LLC, and CHRISTOPHER STOIA, in his individual and professional capacities,<br><br>　　　　　　　　　　Defendants. | No.  2:21-cv-00660-RSL<br><br>STIPULATED MOTION AND ORDER MODIFYING SCHEDULING ORDER AND EXTENSION OF TIME |

**STIPULATION**

Pursuant to Federal and Local Rule of Civil Procedure 16, the parties, Plaintiff Diana Cuervo ("Plaintiff") and Defendants Amazon.com, Inc., Amazon.com, Services LLC ("Amazon"), and Christopher Stoia (with Amazon, "Defendants"), by and through their undersigned counsel of record, hereby respectfully submit and jointly move the Court for a 30-day extension/continuance of the briefing schedule in response to Defendants' Motion for Summary Judgment (Dkt. # 69-72) and other case deadlines. Counsel for the parties have conferred and agree that good cause exists to modify the case schedule, with reference to the following:

　　　　1.　　　　On May 15, 2023, the Court issued a Third Amended Order Setting Trial Date

and Related Dates, scheduling a two- to five-day jury trial to commence on December 4, 2032. Dkt # 63.

2. On July 14, 2023, the Court issued an Order Granting Motion for Relief from Discovery Deadline, extending the deadlines for the parties to complete discovery and hold a settlement conference. Dkt. # 68. No other changes to the Third Amended Order Setting Trial Date and Related Dates were made. *See id.*

3. The Parties completed discovery in this matter on August 1, 2023.

4. On August 14, 2023, Defendants filed a Motion for Summary Judgment which was noted for September 8, 2023. Dkt. # 69-72. Plaintiffs' opposition to that Motion is currently due September 5, 2023.

5. Counsel for Plaintiff, Mr. Pearson and Mr. Pelicci, have been serving as sole trial counsel in a jury trial that began on August 21, 2023 in Virginia, and have been actively engaged in preparing for, serving as lead counsel for the plaintiff in, and attending that trial.

6. In addition, counsel for Plaintiff Mr. Pelicci has been responsible for caring for an ill family member who has been in the hospital for multiple weeks in August 2023, requiring him to take time away from work to attend to this family member.

7. As a result, the Parties' counsel have discussed that due to these scheduling conflicts, the Parties need additional time to complete briefing in response to Defendants' Motion for Summary Judgment.

8. By email, the Parties' counsel have met and conferred regarding upcoming scheduling deadlines and these conflicts, and all Parties agree that additional time is warranted to complete relevant case deadlines.

9. Therefore, in light of the foregoing, the Parties respectfully request that the

currently scheduled deadline for responding to Defendants' Motion for Summary Judgment be extended by 30 days, with corresponding adjustments to other previously ordered dates and deadlines. The Parties are specifically requesting that the deadline for Plaintiff's response to Defendants' Motion for Summary Judgment be extended from September 5, 2023 to October 9, 2023, and Defendants' reply brief be extended from September 8, 2023 to October 27, 2023.

10. The Parties have previously requested four modifications of the discovery schedule or a continuance of the trial date.

11. The Parties therefore respectfully bring this Stipulated Motion in good faith and without intent to cause undue delay, prejudice, or expense on any other party or this Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The following dates on the Court's May 15, 2023 Third Amended Order Setting Trial Date and Related Dates (Dkt. # 63) and July 14, 2023 Minute Order Granting Motion for Relief from Discovery Deadline (Dkt. # 68) shall be modified as shown below:

| **EVENT** | **CURRENT DATE** | **NEW DATE** |
|---|---|---|
| Deadline for Plaintiff to File Response to Defendants' Motion for Summary Judgment | September 5, 2023 | October 9, 2023 |
| Deadline for Defendants to File Reply to Defendants' Motion for Summary Judgment and Noting Date for Motion | September 8, 2023 | October 27, 2023 |
| Settlement Conference of Counsel Deadline | August 25, 2023 | November 6, 2023 |

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Motions in Limine Filing Deadline (Must be Noted No Earlier than the Second Friday Thereafter. Replies will be Accepted.) | October 13, 2023 | January 12, 2024 |
| Agreed Pretrial Order Due | November 6, 2023 | February 5, 2024 |
| Trial Briefs, Proposed Voir Dire Questions, Proposed Jury Instructions, and Trial Exhibits | November 29, 2023 | February 26, 2024 |
| Trial | December 4, 2023 | March 4, 2024 |

2.     This Order shall not revive pretrial deadlines that have already expired.

SO STIPULATED this 30th the day of August, 2023.

By: s/*Elizabeth Ann Hanley*
Elizabeth Ann Hanley
SCHROETER GOLDMARK & BENDER
401 Union St., SUITE 3400
Seattle, WA 98101
Telephone:  (206) 622-8000
Facsimile:  (206) 682-2305
hanley@sgb-law.com


By: *s/Lawrence M. Pearson*
Lawrence M. Pearson (admitted *pro hac vice*)
Alfredo J. Pelicci (admitted *pro hac vice*)
WIGDOR LLP
85 Fifth Avenue
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:  (212) 257-6845
lpearson@wigdorlaw.com
apelicci@wigdorlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*Attorneys for Plaintiff Diana Cuervo*

By: <u>*s/Todd L. Nunn*</u>
    Todd L. Nunn, WSBA #23267
    K&L GATES LLP
    925 Fourth Avenue, Suite 2900
    Seattle, WA 98104-1158
    Telephone:  (206) 623-7580
    Facsimile:  (206) 623-7022
    Todd.Nunn@klgates.com

By: <u>*s/Megan Cooney*</u>
    Megan Cooney (admitted *pro hac vice*)
    GIBSON, DUNN & CRUTCHER LLP
    3161 Michelson Drive, Suite 1200
    Irvine, CA 92612-4412
    Telephone:  (949) 451-3800
    Facsimile:  (949) 451-4220
    mcooney@gibsondunn.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC and Christopher Stoia*

# ORDER

Upon consideration of the Stipulated Motion Modifying the Scheduling Order, and good cause having been shown, it is hereby ORDERED that the Stipulated Motion is GRANTED and it is **SO ORDERED** that the following pretrial deadlines are extended and/or modified as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Deadline for Plaintiff to File Response to Defendants' Motion for Summary Judgment Opposition | September 5, 2023 | October 9, 2023 |
| Deadline for Defendants to File Reply to Defendants' Motion for Summary Judgment Reply and Noting Date for Motion | September 8, 2023 | October 27, 2023 |
| Settlement Conference of Counsel Deadline | August 25, 2023 | November 6, 2023 |
| Motions in Limine Filing Deadline (Must be Noted No Earlier than the Second Friday Thereafter.  Replies will be Accepted.) | October 13, 2023 | January 12, 2024 |
| Agreed Pretrial Order Due | November 6, 2023 | February 5, 2024 |
| Trial Briefs, Proposed Voir Dire Questions, Proposed Jury Instructions, and Trial Exhibits | November 29, 2023 | February 26, 2024 |
| Trial | December 4, 2023 | March 4, 2024 |

The Clerk of Court is directed to renote defendant's motion for summary judgment on the Court's calendar for Friday, October 27, 2023.

Dated this 31st day of August, 2023.

*ROBERT S. LASNIK*
United States District Judge